UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, *v.* HELEN V. Z. ANTHONY et al., Appellants.

Submitted January 10, 1944; decided January 20, 1944.

*M'Cready Sykes* for motion.

*Eli J. Blair* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless appellants file and serve undertaking on appeal and pay ten dollars costs, within ten days, in which event the motion is denied. (See 292 N. Y. 513, 514.)